UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY,

    Plaintiff,

CASE NO: 3:16-cv-00321-DPM

vs.

NORTHEAST BORDER, LLC

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Jimmy Ashley, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing Northeast Border, LLC, without prejudice, as the Plaintiff has substituted the proper party Defendant by amendment.  LLC.

Dated this 12th day of December 2016.

        Respectfully submitted,

By:    s/ Edward I. Zwilling
        Edward I. Zwilling, Esq.
        Ala. Bar No. ASB-1564-L54E

**OF COUNSEL:**
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:    (205) 822-2701
Facsimile:    (205) 822-2702
Email: ezwilling@szalaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 12, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a true and correct copy of the foregoing has been emailed to the following:

      Gregory L. (Skip) Smith, Jr., Esq.
      Seyfarth Shaw, LLP
      1075 Peachtree St. NE
      Ste. 2500
      Atlanta, GA 30309-3958