IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY                                                                         PLAINTIFF

v.                           No. 3:16-cv-321-DPM

OTB ACQUISITION, LLC d/b/a
On The Border Mexican Grill & Cantina                                      DEFENDANT

ORDER

Joint motion for extension, № 8, granted. Answer or Rule 12(b) motion due by 27 March 2017. I recuse. My friend and former law partner, Paul Waddell, has appeared for Defendant. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 March 2017