**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JIMMY ASHLEY                                                                                    PLAINTIFF

v.                                          NO. 3:16CV00321 JLH

OTB ACQUISITION, LLC, d/b/a ON THE
BORDER MEXICAN GRILL & CANTINA                                          DEFENDANT

## ORDER

The joint motion for extension of time for defendant to answer or otherwise respond to plaintiff's amended complaint is GRANTED. Document #11-1. The time within which defendant must answer or otherwise respond to the amended complaint is extended up to and including April 3, 2017.

IT IS SO ORDERED this 27th day of March, 2017.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE