UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY,
an individual,

    Plaintiff,

CASE NO: 3:16-CV-00321-DPM

vs.

OTB ACQUISITION, LLC d/b/a
ON THE BORDER MEXICAN GRILL
& CANTINA

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Jimmy Ashley, in the above-styled cause pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and gives notice of voluntarily dismissing this action against OTB Acquisition, LLC d/b/a On The Border Mexican Grill & Cantina, with prejudice, as the parties have amicably resolved this matter.

Dated this 29th day of March 2016.

    Respectfully submitted,

By:   s/ Edward I. Zwilling
       Edward I. Zwilling, Esq.
       Ala. Bar No. ASB-1564-L54E

**OF COUNSEL:**
Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:  (205) 822-2701
Facsimile:    (205) 822-2702
Email: ezwilling@szalaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 29, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that a true and correct copy of the foregoing has been emailed to the following:

>Gregory L. (Skip) Smith, Jr., Esq.
>Seyfarth Shaw, LLP
>1075 Peachtree St. NE
>Ste. 2500
>Atlanta, GA 30309-3958