## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JIMMY ASHLEY                                                                              PLAINTIFF

v.                                            NO. 3:16CV00321 JLH

OTB ACQUISITION, LLC, d/b/a ON THE
BORDER MEXICAN GRILL & CANTINA                                                    DEFENDANT

### ORDER

Pursuant to the notice of voluntary dismissal filed by the plaintiff, this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of March, 2017.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE